[No. 17533-2-III.    Division Three.    May 11, 1999.]

ROBERT McCANN, ET AL., *Appellants*, v. ALLISON MARIE ORTH, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-05768-4, Paul A. Bastine, J., entered April 20, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 17570-7-III.    Division Three.    May 11, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KYLE G. PARR, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-8-00188-3, Neal Q. Rielly, J., entered May 7, 1998. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Brown, JJ.

[No. 16058-1-III.    Division Three.    May 13, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE JOEL MENDOZA, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-1-02218-0, Neal Q. Rielly, J., entered August 29, 1996. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 17110-8-III.    Division Three.    May 13, 1999.]

*In the Matter of the Marriage of* SHANNA R. RIX, *Respondent*, and ROBERT J. RIX, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 94-3-00175-9, Michael E. Cooper, J., entered November 17, 1997. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, A.C.J., and Kato, J.